**BRYAN CAVE LLP**
Julie E. Patterson, California Bar No. 167326
Julie W. O'Dell, California Bar No. 291083
3161 Michelson Drive, Suite 1500
Irvine, CA  92612-4414
Telephone:(949) 223-7000
Facsimile: (949) 223-7100
E-Mail:    jepatterson@bryancave.com
           julie.odell@bryancave.com

Attorneys for Defendant
ADECCO USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJAN NANAVATI, on behalf of himself and all others similarly situated, and on behalf of the general public, | Case No.:  5:14-CV-04145-BLF |
| | (Santa Clara Court No. 1-14-CV-269398) |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | Hon. Beth Labson Freeman / Room 3 |
| ADECCO USA, INC., and DOES 1 through 50, inclusive; | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| Defendants. | Date:          March 26, 2015<br>Time:          9:00 a.m.<br>Courtroom:   3 |
| | Complaint Filed:     August 15, 2014<br>Complex:             August 22, 2014<br>Trial Date: |

IR01DOCS\737632.1\0374019

5:14-CV-04145-BLF

[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA  92612-4414

On March 26, 2015, at 9:00 a.m., Defendant's Adecco USA, Inc. ("Defendant") Motion to Compel Arbitration came on for hearing before this Court in Courtroom 3. The Honorable Beth L. Freeman presided. Julie Patterson of Bryan Cave LLP appeared for Defendant Adecco USA, Inc. ("Adecco"). Kevin Allen of Velton Zegelman P.C. appeared for Plaintiff Rajan Nanavati ("Plaintiff").

The Court reviewed the arguments asserted by counsel, the memorandum of points and authorities and other papers submitted by the parties, and the pleadings and records on file.

**IT IS ORDERED THAT:**

1.    Adecco's Motion for Arbitration is granted.

2.    Plaintiff shall arbitrate on an individual basis his disputes arising out of or relating to his employment with Adecco, including but not limited to those claims Plaintiff asserted in his Complaint filed in this action, in accordance with Adecco's Dispute Resolution and Arbitration Agreement for Consultants/Associates.

3.    This action shall be stayed against Adecco pending the completion of binding arbitration.

Dated:_____                    _____
                                                        Honorable Beth L. Freeman
                                                        United States District Court
                                                        Northern District of California

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

IR01DOCS\737632.1\0374019                    1                    5:14-CV-04145-BLF
[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION