1  Kevin R. Allen (SBN 237994)
   Daniel Velton (SBN 267890)
2  VJ Chetty (SBN 271778)
   **VELTON ZEGELMAN P.C.**
3  525 W. Remington Drive, Suite 106
   Sunnyvale, CA 94087
4  Telephone: (408) 505-7892
   Fax: (408) 228-1930
5  kallen@vzfirm.com
   dvelton@vzfirm.com
6  vchetty@vzfirm.com

7  Attorneys for Plaintiff and Plaintiff Class
   RAJAN NANAVATI

8  **BRYAN CAVE LLP**
   Julie E. Patterson, California Bar No. 167326
9  Julie W. O'Dell, California Bar No. 291083
   3161 Michelson Drive, Suite 1500
10 Irvine, CA 92612-4414
   Telephone: (949) 223-7000
11 Facsimile: (949) 223-7100
   E-Mail:       jepatterson@bryancave.com
12                Julie.odell@bryancave.com

13 Attorneys for Defendant
   ADECCO, USA, INC.

14

15              **IN THE UNITED STATES DISTRICT COURT**

16          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN JOSE DIVISION**

18 RAJAN NANAVATI, on behalf of himself and        Case No.:  5:14-CV-04145-BLF
   all others similarly situated, and on behalf of the
19 general public,                                  (Santa Clara Court No. 1-14-CV-269398)

20          Plaintiff,                              CLASS ACTION

21                                                  **STIPULATION AND [PROPOSED]**
            vs.                                     **ORDER TO CONTINUE CASE**
22                                                  **MANAGEMENT CONFERENCE**

23 ADECCO USA, INC., and DOES 1 through 50,
   inclusive;                                       [Pursuant to Local Rules 7-12, 16.2(e)]
24
            Defendants.
25

26

27

28

                                      1

1        The parties, Plaintiff RAJAN NANAVATI ("Plaintiff") and Defendant ADECCO

2  USA, INC., ("Defendant") by and through their respective counsel of record, do hereby agree

3  and stipulate to the following:

4        WHEREAS, a case management conference is scheduled in the above-listed action to

5  take place on February 5, 2015;

6        WHEREAS, the parties' Joint Case Management Conference Statement and Rule

7  26(f) report is currently due filed by January 29, 2015;

8        WHEREAS, Plaintiff's lead trial counsel has a conflict with the current case

9  management conference date;

10       WHEREAS, a hearing is scheduled for March 26, 2015 on Defendant's pending

11  Motion to Compel Arbitration, the outcome of which could impact the parties' proposed

12  discovery and scheduling order deadlines in their Rule 26 report since it may result in some

13  or all of the claims being stayed and/or compelled to arbitration;

14       WHEREAS, in order to maximize the efficient use of the Court and Parties' time, the

15  Parties wish to continue the initial Case Management Conference so that it coincides with or

16  takes place after the March 26, 2015 hearing on Defendant's Motion to Compel Arbitration;

17       **IT IS THEREFORE STIPULATED BY THE PARTIES, THROUGH THEIR**

18  **RESPECTIVE COUNSEL OF RECORD** that, subject to Court approval, the case

19  management conference be continued to a date on or after March 26, 2015, at the

20  convenience of the Court.

21  **IT IS SO AGREED:**

22

23  DATED: _____January 6_____, 2015

24

25

26  DATED: _____January 6_____, 2015

27

28

                           Kevin R. Allen
                           **Velton Zegelman P.C.**
                           Attorneys for Plaintiff and Plaintiff Class

                           Julie E. Patterson
                           Julie W. O'Dell
                           **BRYAN CAVE LLP**
                           Attorneys for Defendant

Stipulation and [Proposed] Order Continuing Case Management Conference

1

~~[PROPOSED]~~ ORDER

2  **PURSUANT TO GOOD CAUSE, THE COURT HEREBY ORDERS** that the Case

3  Management Conference, now scheduled for February 5, 2015 is continued and shall be scheduled

4  to take place on April 23, 2015_____ at __1:30_____ ~~am~~/pm.

5  **IT IS SO ORDERED.**

6

7  DATED: January 7_____, 2015

UNITED STATES JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3